IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR333 |
| | ) | |
| v. | ) | |
| | ) | |
| STACEY SELLNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Stacey Sellner to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Filing No. 60). Sellner makes four distinct claims alleging ineffective assistance of counsel: (1) her attorney's failure to file an appeal; (2) her attorney's failure to contest the amount of drugs attributed to her; (3) her attorney's failure to challenge her "position" in the conspiracy by requesting a bill of particulars under Federal Rule of Civil Procedure 7(f); and (4) her attorney's underestimation of the defendant's sentencing range. The Court now seeks additional information regarding Allegation No. 4.

IT IS ORDERED that on or before September 4, 2013, defendant shall provide a detailed account of the information relayed to her by her attorney regarding any estimates made of the applicable guideline range. To the degree possible, the account should be specific as to when and where or by what means

the communications took place and the specific information or estimates relayed in each communication.

DATED this 20th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court