IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR333 |
| | ) | |
| v. | ) | |
| | ) | |
| STACEY SELLNER, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Filing No. 60) is denied.

DATED this 11th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court