IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR333 |
| | ) | |
| v. | ) | |
| | ) | |
| STACEY SELLNER, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Stacey Sellner to vacate, set aside, or correct her sentence (Filing No. 67). For the following reasons, the motion will be denied.

DISCUSSION

This is the second motion defendant has filed pursuant to 28 U.S.C. § 2255. Her first § 2255 motion, filed on July 9, 2013 (Filing No. 60), was denied by this Court on December 11, 2013 (*see* Filing Nos. 68 and 69).

A petitioner seeking to file a second or successive § 2255 motion challenging their conviction or sentence must first obtain circuit court certification. 28 U.S.C. § 2255(h). Because the defendant has not received approval from the Eighth Circuit to file a second or successive § 2255 motion, the Court lacks jurisdiction over her claims. *United States v. Key*, 205 F.3d 773, 774 (5th Cir. 2000); *United States v. Alvarez-Ramirez*,

128 F.Supp.2d 1265, 1267 (C.D.Cal. 2001). Lacking jurisdiction, defendant's motion will be denied without prejudice. A separate order will be entered in accordance with this memorandum opinion.

DATED this 12th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court