IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:11CR333
                             )
      v.                     )
                             )
STACEY SELLNER,              )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the voluntary dismissal with prejudice of defendant's petition for habeas corpus (Filing No. 85) and the dismissal by stipulation (Filing No. 86). The Court notes the parties stipulate and agree to the dismissal with prejudice of Stacy Sellner's motion to vacate (Filing No. 60) and her second motion to vacate (Filing No. 67), consistent with the voluntary dismissal.

The parties acknowledge the opinion, judgment and mandate issued by the United States Court of Appeals for the Eighth Circuit, together with the order remanding the case. Nevertheless, Ms. Sellner has been appointed counsel under the Criminal Justice Act, and she has had a full and adequate opportunity to consult with counsel. Her reasons for voluntarily dismissing her petition with prejudice are sound. Accordingly,

IT IS ORDERED that the voluntary dismissal and the stipulation are approved and adopted. Defendant's motions to

vacate, set aside, or correct her sentence (Filing No. 60 and Filing No. 67) are dismissed with prejudice.

DATED this 9th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court